UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANJEET SINGH,<br><br>Plaintiff,<br><br>vs.<br><br>PHEIFFER, et al.,<br><br>Defendants. | **1:22-cv-01446-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 6.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY THE $402.00 FILING FEE IN FULL FOR THIS CASE**<br><br>**(ECF No. 4.)**<br><br>**THIRTY-DAY DEADLINE TO PAY FILING FEE IN FULL** |

Michael Manjeet Singh ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2022, findings and recommendations were issued, recommending that Plaintiff's motion for leave to proceed *in forma pauperis*, filed on November 14, 2022, be denied and Plaintiff be required to pay the $402.00 filing fee in full for this action. (ECF No. 6.) On November 29, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 7.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on November 18, 2022, are ADOPTED IN FULL;
2. Plaintiff's motion for leave to proceed *in forma pauperis*, filed on November 14, 2022, is DENIED;
3. Within thirty days of the date of service of this order, Plaintiff is required to pay the $402.00 filing fee in full for this action; and
4. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   April 7, 2023

_____
SENIOR  DISTRICT  JUDGE