UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANJEET SINGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHEIFFER, et al.,<br><br>　　　　Defendant. | Case No.: 1:22-cv-1446 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 17) |

　　　　Michael Manjeet Singh is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 23, 2023, the assigned magistrate judge determined this action is a duplicate of *Singh v. Pheiffer, et al*., Case No. 1:22-cv-01412-ADA-EPG-(PC), and recommended this matter be dismissed. (Doc. 17 at 2-5.)  The Court served the Findings and Recommendations on Plaintiff, and it notified him that any objections were due no later than July 17, 2023.  (*Id.* at 5.)  Plaintiff has not filed any objections, or otherwise responded to the Findings and Recommendations, and the time so has expired.

　　　　According to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court conducted a de novo review of this case.  Having carefully reviewed the entire action, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on June 23, 2023 (Doc. 17) are **ADOPTED** in full.
2. This case is **DISMISSED**, without prejudice, as duplicative.
3. All pending motions are terminated as **MOOT**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __August 4, 2023__

_____
UNITED STATES DISTRICT JUDGE